```
                    FILED
              U.S. DISTRICT COURT
            EASTERN DISTRICT OF LA

              2000 JAN 11  P 3: 33

              LORETTA G. WHYTE
                    CLERK
```

**MINUTE ENTRY**
**DUVAL, J.**
**JANUARY 11, 2000**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **OSCAR DELEON** | **CIVIL ACTION** |
| **VERSUS** | **NO. 00-0072** |
| **HYATT CORPORATION OF DELAWARE** | **SECTION "K"(1)** |

It has come to the attention of the Court that the above-captioned matter involves subject matter that comprises a material part of the subject matter and/or operative facts of <u>Fuentes v. Hyatt Corporation</u>, C.A. No. 99-1979. The defendant in both cases is the same. Each case involves an injury that resulted from the same alleged acts of negligence by the defendant. Thus, the court finds that civil action number 99-1979 is a related case having a lower number and finds that it would promote judicial economy and conserve judicial resources for the matter to be transferred and consolidated with the earlier filed suits as provided under L.R. 3.1.1E,

**IT IS ORDERED** that this case is **TRANSFERRED** to the Section "C"(5).

DATE OF ENTRY JAN 12 2000

JAN 11 2000

TRANSFERRED TO **SECT C MAG 5**