

**MINUTE ENTRY**
**BERRIGAN, J.**
**January 19, 2000**

| | |
|---|---|
| OSCAR DELEON | CIVIL ACTION |
| versus | NO. 00-0072 |
| HYATT CORP. OF DELAWARE, etc., et al. | SECTION "C" (5) |

    **IT IS ORDERED** that there will be a status conference by telephone on Thursday, January 20, 2000 at 3 p.m. to discuss whether this case meets the criteria of LR 3.1.1E for transfer to this Section as related to Civ. Action 99-1979, <u>Nolvia Fuentes v. Hyatt Corp. of Delaware, etc., et al.</u>, and if so, whether and to what extent should the two cases be consolidated.

DATE OF ENTRY JAN 2 0 2000