```
                                                         FILED
                                                  U.S. DISTRICT COURT
                                                EASTERN DISTRICT OF LA

                                                  2000 JAN 18  A 11: 57

                                                    LORETTA G. WHYTE
                                                          CLERK
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| OSCAR DeLEON | * | CASE NO. 00-0072 |
|     Plaintiff | * | |
| | * | |
| VERSUS | * | SECTION "I" "C" |
| | * | |
| HYATT CORPORATION OF DELAWARE | * | |
| d/b/a POYDRAS PLAZA HOTEL VENTURE | * | MAGISTRATE "1" (5) |
| HYATT REGENCY HOTEL NEW ORLEANS; | * | |
| ZURICH-AMERICAN INSURANCE COMPANY | * | |
| And FIREMAN'S FUND INSURANCE COMPANY, | * | |
| | * | |
|     Defendants | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

FILED:_____     _____
                                                        DEPUTY CLERK

## MOTION FOR EXTENSION OF TIME

ON MOTION of Patrick C. Grace, attorney for defendant herein, Hyatt Corporation of Delaware d/b/a Poydras Plaza Hotel Venture Hyatt Regency Hotel New Orleans, and upon suggesting to the Court that undersigned counsel requires an additional twenty (20) days within which to obtain information necessary to file responsive pleadings and/or dilatory and declinatory exceptions on behalf of defendant.

This is defendant's first request for an extension of time in this matter.

Plaintiff's counsel has been contacted and he has no opposition to this Motion for Extension of Time.

DATE OF ENTRY JAN 2 0 2000

WHEREFORE, defendant, Hyatt Corporation of Delaware d/b/a Poydras Plaza Hotel Venture Hyatt Regency Hotel New Orleans, prays that the Court grant an additional twenty (20) days within which to file responsive pleadings and/or dilatory and declinatory exceptions to plaintiff's complaint, or through February 19, 2000.

NEAL, STEPHENS & GRACE

/s/ Patrick C. Grace

PATRICK C. GRACE
Bar Number: 16944
Attorney at Law
Suite 1060, One Lakeway Center
3900 North Causeway Boulevard
Metairie, Louisiana 70002
(504) 831-3747

**CERTIFICATE OF SERVICE**

I do hereby certify that a copy of the above and foregoing pleading has been mailed to all counsel of record, postage prepaid, on January 17, 2000.

/s/ Patrick C. Grace

PATRICK C. GRACE

## ORDER

Considering the above and foregoing,

IT IS ORDERED that the defendant, Hyatt Corporation of Delaware d/b/a Poydras Plaza Hotel Venture Hyatt Regency Hotel New Orleans, be allowed through February 19, within which to file responsive pleadings and/or dilatory and declinatory exceptions to the complaint of plaintiff herein, Oscar DeLeon.

New Orleans, Louisiana, this 19th day of January, 2000.

_____
JUDGE